JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RACZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEAN BORDERS, Warden,<br><br>　　　　　Respondent. | Case No.  CV 17-02394-JVS (KES)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

　　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:  March 31, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE